**DISMISS; and Opinion Filed September 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01106-CV

### IN RE MAURICIO ANTONIO CABRERA, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1057867-N**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Stoddart, and Whitehill
Opinion by Justice Lang-Miers

Relator filed this original proceeding requesting that the Court order the district clerk to provide him with copies of certain documents related to his conviction so that he can prepare his petition for writ of habeas corpus. This Court lacks jurisdiction over relator's petition. The Court's power to grant writs in original proceedings is conferred by section 22.221 of the Texas Government Code. Because the Dallas County district clerk is not a judge, the district clerk falls within our writ jurisdiction only to the extent necessary to enforce our jurisdiction in another proceeding. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004) (writ power). There is no appeal pending in this Court regarding relator's conviction and this Court does not have jurisdiction over post-conviction habeas corpus proceedings. *See* TEX. CODE CRIM. P. ANN. art. 11.05 (West 2005) (by whom writ may be granted). Therefore, the relief the relator seeks is not necessary to enforce the Court's jurisdiction.

We dismiss the petition for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

151106F.P05